# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 3:22-CV-00515-N |

## ORDER

Before the Court is Plaintiff Exxon Mobil Corporation's ("ExxonMobil") unopposed Motion to Redact the Findings of Fact and Conclusions of Law (ECF No. 191) (the "Motion"), which seeks the Court's approval to redact its highly sensitive proprietary business and financial information contained in the Court's Findings of Fact and Conclusions of Law.

Having considered the Motion, the Court finds that ExxonMobil has satisfied the applicable requirements for the reasons set forth in the Court's Order dated September 10, 2024 (ECF No. 151).

It is therefore ORDERED that the Motion is GRANTED, and the redacted version of the Findings of Fact and Conclusions of Law attached as Exhibit A to the Motion shall be filed on the public docket.

Signed this 18th day of November, 2024.

_____
David C. Godbey
Chief United States District Judge