IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case Number: 3:22-cv-00515-N |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| *Defendant*. § | |

### Order Granting Unopposed Motion for Withdrawal of Counsel

Pending before the Court is Defendant the United States of America's Unopposed Motion to Withdraw Ryan D. Galisewski as Counsel for the United States of America. After due consideration, the Court finds good cause exists to grant the Motion. The Motion is therefore **GRANTED**.

It is **ORDERED** that Ryan D. Galisewski is withdrawn from this matter as counsel for the United States.

SIGNED June 17, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE