IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 3:22-515-N |

**STIPULATION AND ORDER**

WHEREAS Plaintiff Exxon Mobil Corporation ("Plaintiff") filed a complaint in the above-captioned action on March 4, 2022;

WHEREAS Defendant United States of America ("Defendant," and together with Plaintiff, the "Parties") served an answer to the complaint on June 2, 2022;

WHEREAS the Court presided over a merits trial on April 15-19, 2024;

WHEREAS the Court issued its post-trial Findings of Fact and Conclusions of Law on October 30, 2024;

WHEREAS the Parties filed their respective motions for partial summary judgment on remaining damages and penalties issues on May 16, 2025 (ECF Nos. 202, 205);

WHEREAS the above-referenced motions were fully briefed as of July 21, 2025;

WHEREAS the Parties have conferred and agree that a short stay of the action is warranted;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the Court shall stay the above-

captioned action and all pending matters for a period of three months and that the Parties shall provide the Court with a status update no later than March 2, 2026.

Dated: December 17, 2025

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | UNITED STATES OF AMERICA |
| By: */s/ Lara Samet Buchwald* | By: */s/ Jonathan L. Blacker* |
| James P. Rouhandeh*<br>james.rouhandeh@davispolk.com<br>Antonio J. Perez-Marques*<br>antonio.perez@davispolk.com<br>Lara Samet Buchwald*<br>lara.buchwald@davispolk.com<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000 | Jonathan L. Blacker<br>Trial Attorney, Tax Division<br>Christian A. Orozco<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>717 N. Harwood, Suite 400<br>Dallas, Texas 75201<br>214-880-9765/9741 (v)<br>214-880-9741 (fax)<br>Jonathan.Blacker2@usdoj.gov<br>Christian.A.Orozco@usdoj.gov |
| Sean Stefanik*<br>sean.stefanik@davispolk.com<br>1050 17th St., NW<br>Washington, DC 20036<br>(202) 962-7000<br>*Admitted *pro hac vice* | *Attorneys for the United States* |

HOLLAND & KNIGHT LLP

Emily A. Parker
State Bar No. 15482500
emily.parker@hklaw.com
Mary A. McNulty
State Bar No. 13839680
mary.mcnulty@hklaw.com
Leonora S. Meyercord
State Bar No. 24074711
lee.meyercord@hklaw.com
Dina W. McKenney
State Bar No. 24092809
dina.mckenney@hklaw.com
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 964-9501 (Fax)

*Attorneys for Plaintiff*
*Exxon Mobil Corporation*

SIGNED December 19, 2025.

_____
DAVID C. GODBEY
Senior United States District Judge