IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>- against -<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 3:22-CV-00515-N |

**STIPULATION AND ORDER**

WHEREAS Plaintiff Exxon Mobil Corporation ("Plaintiff") filed a complaint in the above-captioned action on March 4, 2022;

WHEREAS Defendant United States of America ("Defendant," and together with Plaintiff, the "Parties") served an answer to the complaint on June 2, 2022;

WHEREAS the Court presided over a merits trial on April 15-19, 2024;

WHEREAS the Court issued its post-trial Findings of Fact and Conclusions of Law on October 30, 2024;

WHEREAS the Parties filed their respective motions for partial summary judgment on remaining damages and penalties issues on May 16, 2025 (ECF Nos. 202, 205);

WHEREAS the above-referenced motions were fully briefed as of July 21, 2025;

WHEREAS the Parties submitted a stipulation and proposed order on December 17, 2025 requesting a three-month stay of the above-captioned action (ECF No. 221);

WHEREAS the Court so-ordered the Parties' stipulation and stayed the case on December 19, 2025 (ECF No. 222); and

WHEREAS the Parties have conferred and agree that a short additional stay of the action is warranted;

IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the Court shall stay the above-captioned action and all pending matters for a period of sixty days and that the Parties shall provide the Court with a status update no later than May 1, 2026.

Signed March 2, 2026.

_____
David C. Godbey
Senior United States District Judge

Dated: March 2, 2026

| DAVIS POLK & WARDWELL LLP | UNITED STATES OF AMERICA |
|---|---|
| By: */s/ Lara Samet Buchwald* | By: */s/ Jonathan L. Blacker* |

<div style="display:flex">

James P. Rouhandeh*
james.rouhandeh@davispolk.com
Antonio J. Perez-Marques*
antonio.perez@davispolk.com
Lara Samet Buchwald*
lara.buchwald@davispolk.com
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Sean Stefanik*
sean.stefanik@davispolk.com
1050 17th St., NW
Washington, DC 20036
(202) 962-7000
*Admitted *pro hac vice*

HOLLAND & KNIGHT LLP

Emily A. Parker
State Bar No. 15482500
emily.parker@hklaw.com
Mary A. McNulty
State Bar No. 13839680
mary.mcnulty@hklaw.com
Leonora S. Meyercord
State Bar No. 24074711
lee.meyercord@hklaw.com
Dina W. McKenney
State Bar No. 24092809
dina.mckenney@hklaw.com
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 964-9501 (Fax)

*Attorneys for Plaintiff*
*Exxon Mobil Corporation*

</div>

Jonathan L. Blacker
Trial Attorney, Tax Division
Christian A. Orozco
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214-880-9765/9741 (v)
214-880-9741 (fax)
Jonathan.Blacker2@usdoj.gov
Christian.A.Orozco@usdoj.gov

*Attorneys for the United States*

SO ORDERED this ___ day of _____.

_____
DAVID C. GODBEY
United States District Judge